Maywood Farms Company, Appellant, v. Milk Wagon Drivers Union of Chicago, Local 753, et al., Appellees.

Gen. No. 40,296.

opinion filed October 16, 1939; supplemental opinion filed October 27, 1939; Sloan, Levings & Short, for appellant; William H. Sloan, of counsel; David A. Riskind and Abraham W. Brussell, for appellees. Opinion by JUSTICE McSURELY. ''Not to be published in full.''